# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN FERNANDEZ, | ) | 3:16-CV-0076-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 12, 2018 |
| | ) | |
| GLENN DOLEZAL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for enlargement of time (ECF No. 35) to file replies to motions ECF Nos. 29 & 30 is **GRANTED**. Plaintiff shall have to and including **Friday, February 23, 2018** to file replies to both motions.

Plaintiff's motion for enlargement of time to file opposition to defendants' motion for summary judgment (ECF No. 29) is **GRANTED in part**. If the motion for limited discovery is denied, plaintiff shall have twenty (20) days from the court's ruling to file an opposition to the defendants' motion for summary judgment. If the motion for limited discovery is granted, plaintiff shall have twenty (20) beyond the discovery deadline date to file an opposition.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk