ADAM PAUL LAXALT
   Attorney General
ERIN L. ALBRIGHT, Bar No. 9953
   Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson St.
Carson City, NV 89701-4717
Tel: 775-684-1257
E-Mail: ealbright@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN FERNANDEZ,<br><br>           Plaintiff,<br><br>v.<br><br>GLENN DOLEZAL, et al.,<br><br>           Defendants. | Case No.: 3:16-cv-00076-MMD-VPC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br>**(FIRST REQUEST)** |

    Defendants by and through its counsel of record, Adam Paul Laxalt, Attorney General of the State of Nevada, and Erin L. Albright, Deputy Attorney General, and Plaintiff, Kevin Fernandez, by and through his counsel of record, Joseph Reiff, Esq., hereby stipulate to extend the time to file the Stipulation and Order of Dismissal with Prejudice by four (4) weeks. The extra time requested is to allow time for Plaintiff to review the revised settlement documents in New Hampshire and return them to his counsel in Nevada who will then forward the documents to the undersigned.

///
///
///
///
///
///
///
///

1

| | |
|---|---|
| DATED this 6 day of August, 2018.<br><br>PLAINTIFF, KEVIN FERNANDEZ<br><br>By: _____<br>Joseph Reiff, Esq.<br>Representing, Plaintiff, Kevin Fernandez | DATED this 7th day of August, 2018.<br><br>OFFICE OF THE ATTORNEY GENERAL<br><br>By: _____<br>Erin L. Albright, SBN 9953<br>100 N. Carson Street<br>Carson City, NV 89701<br>(775) 684-1257<br>ealbright@ag.nv.gov<br>Attorneys for Defendants |

The deadline to file the stipulation to dismiss is extended to September 9, 2018.

**IT IS SO ORDERED**

_____
**U.S. DISTRICT JUDGE**

**DATED** August 8, 2018.

2

**CERTIFICATE OF SERVICE**

I certify I am an employee of the Office of the Attorney General, State of Nevada, and that on this 7th day of August, 2018, I caused to be deposited for mailing a copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (FIRST REQUEST)**, addressed as follows:

Kevin Fernandez #110185
New Hampshire State Prison
P.O. Box 14
Concord, NH 03302

Sent via email to:

Joseph P. Reiff
Attorney at Law
3001 E. Charleston, Suite A
Las Vegas, NV 89104
jrlvlaw@yahoo.com

/s/ _____
An employee of the
Office of the Attorney General